NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**APPLE INC.,**
*Appellant*

**v.**

**SMART MOBILE TECHNOLOGIES LLC,**
*Appellee*

―――――――――――

2024-1419

―――――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01002.

-------------------------------------------------

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellant*

**v.**

**SMART MOBILE TECHNOLOGIES LLC,**
*Appellee*

―――――――――――

2024-1443

―――――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01002.

_____

## ON MOTION

_____

## O R D E R

Upon consideration of Samsung Electronics Co., Ltd.'s unopposed motion to deconsolidate the above-captioned appeals and dismiss its appeal, Appeal No. 2024-1443, with each party to bear its own costs,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal No. 2024-1443 is dismissed. The official caption for the remaining appeal, Appeal No. 2024-1419, is revised as reflected in this order.

(2) Each side shall bear its own costs in Appeal No. 2024-1443.

(3) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal No. 2024-1419.

(4) Smart Mobile Technologies LLC's response brief in Appeal No. 2024-1419 remains due no later than August 30, 2024.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 9, 2024
Date

ISSUED AS A MANDATE (as to 2024-1443 only):  <u>August 9, 2024</u>